# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Christopher Wambeke and Julie Wambeke, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| Ryan Scheiderer, | ) ) Case No. 1:16-cv-222 |
| Defendant. | ) |

Before the court is a motion for attorney Colin M. Simpson to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Colin M. Simpson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 16) is **GRANTED**. Attorney Colin M. Simpson is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge